**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TACORI ENTERPRISES, | ) | NO. CV 13-5741-E |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| HOLITION LIMITED, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff filed the Complaint in this action on August 8, 2013. It appears that Plaintiff has not effected service of the Summons and Complaint upon Defendant within 120 days after August 8, 2013.

It is therefore ordered that, within twenty (20) days of the date of the date of this Order, Plaintiff shall show good cause, if there be any, why service of the Summons and Complaint was not made upon the Defendant within 120 days after the filing of the Complaint. See Fed. R. Civ. P. Civ. P. 4(m). Plaintiff may attempt to show good cause by filing a declaration signed under penalty of perjury.

///

1      Failure to comply with this Order or failure to demonstrate good

2    cause may result in the dismissal of this action without prejudice.

3

4      DATED: December 10, 2013.

5

6             _____/S/_____

7            CHARLES F. EICK
           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28